IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARRYL SCOTT COULTER,

        Appellant,

v.

        Case No.    5D22-802
        LT Case No. 2021-CT-002260-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed June 27, 2023

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender, and
Allison A. Havens, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.